FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ALLAH©,
*SP/C, 5% Nation of Islam,*

      Petitioner,

  v.

CHERYL STRANGE,
*doing business as Sec. of DOC,* and
JACK WARNER*,*
*doing business as Sup. of MCC,*

      Respondents.

No. 4:24-cv-05113-SAB

**ORDER TO PROCEED *IN FORMA PAUPERIS* AND ORDER SUMMARILY DISMISSING PETITION**

On September 10, 2024, Petitioner, a prisoner at the Monroe Correctional Complex, Intensive Management Unit ("IMU"), in Monroe, Washington, filed a *pro se* document titled, "Allah's© Petition for Writ of Habeas Corpus, DOC Employee's Have Made An Illegal DOC ID Green Card for Debtor COSTON, EDWIN RANDALL, With DOC Number 950376, On March 23, 1990, Without A Conviction Or Authority And Sent This Illegal DOC ID To The Washington State Patrol To Falsely Imprison Allah© With Void Judgment(s) That Are Not Convictions With Various Names That Are Not Legal." ECF No. 1.  He did not properly seek leave to proceed *in forma pauperis* or pay the $5.00 filing fee. ECF

ORDER TO PROCEED *IN FORMA PAUPERIS* AND ORDER SUMMARILY
DISMISSING PETITION -- 1

No. 3. On October 1, 2024, Petitioner filed a completed application to proceed *in forma pauperis*. ECF No. 4.

Because it appears that Petitioner lacks sufficient funds to prosecute this action, his request to proceed *in forma pauperis* is **GRANTED** and this action may proceed without payment of the filing fee.

Petitioner seeks to compel named Respondents to "appear and present the authority/conviction that was used to make a DOC Identification Green Card for debtor COSTON, EDWIN RANDAL, with DOC number 950376, on March 23, 1990, without any authority or conviction in violation of U.S. Constitution Art. 1, § 10 . . . ." ECF No. 1 at 1.   This is the seventeenth habeas action Petitioner has filed in this District since 2010.

Petitioner's repeated assertions regarding the name(s) under which he is detained do not warrant federal habeas relief. Any contentions regarding King County convictions and their impact on Petitioner's continued confinement must be pursued in the Western District of Washington. Furthermore, monetary damages are not an available habeas corpus remedy.  *See Nelson v. Campbell*, 541 U.S. 637, 646 (2004) (noting that "damages are not an available habeas remedy").

Any contentions regarding his Franklin County conviction have already been rejected by the Court. *See Allah v. Holbrook*, No. 4:16-CV-05045-SAB; *Allah v. Holbrook*, No. 4:21-CV-05120-SAB; *Allah v. Strange, et al.,* No. 4:21-CV-05124-SAB; and *Allah v. State of Washington, et al.,* No. 4:22-CV-05003-SAB. The Court declines to entertain Petitioner's arguments further.

//

//

//

//

//

//

ORDER TO PROCEED *IN FORMA PAUPERIS* AND ORDER SUMMARILY DISMISSING PETITION -- 2

Accordingly, **IT IS HEREBY ORDERED:**

1.    Petitioner's request to proceed *in forma pauperis* is **GRANTED.**

2.    The Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED with prejudice.**

2.    The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, and forward a copy to Petitioner. The Clerk of Court shall **close** the file.

**DATED** this 18th day of October 2024.



Stanley A. Bastian
Chief United States District Judge

ORDER TO PROCEED *IN FORMA PAUPERIS* AND ORDER SUMMARILY DISMISSING PETITION -- 3